NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAMERON HOOKER, | No. 08-17151 |
| Plaintiff - Appellant, | D.C. No. 1:04-cv-06584-LJO-DLB |
| v. | |
| DERRAL G. ADAMS, Warden; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted February 16, 2010 [**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Cameron Hooker, a California state prisoner, appeals pro se from the district

court's summary judgment in his action alleging defendants violated his rights

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

GT/Research

under Title II of the Americans with Disabilities Act ("ADA"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Gibson v. County of Washoe*, 290 F.3d 1175, 1180 (9th Cir. 2002), and we affirm.

Summary judgment was proper because Hooker failed to raise a triable issue as to whether he had a cognizable disability such that defendants had the obligation to permit him to possess a type-writer otherwise prohibited by prison rules. *See Vinson v. Thomas*, 288 F.3d 1145, 1153 (9th Cir. 2002) ("A public agency may require reasonable evidence of a disability before providing accommodations.").

Hooker's remaining contentions are unpersuasive.

**AFFIRMED**.